**Order entered February 7, 2020**



**In the**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00561-CR**
**No. 05-19-00712-CR**

**RICHARD LEE CORTEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-33286-T & F17-33287-T**

## ORDER

Before the Court is the State's motion for extension of time to file its brief. We **GRANT**

the motion and **ORDER** the State's brief due on or before February 28, 2020.


/s/     CORY L. CARLYLE
        JUSTICE